# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER W. CASSELL and<br>JANICE CASSELL, h/w,<br>    Plaintiffs<br><br>v.<br><br>DAVID LITTLE d/b/a<br>PAVEMASTERS, CNH INDUSTRIAL<br>AMERICA LLL d/b/a CASE and<br>CASE CONSTRUCTION, and<br>GROFF TRACTOR & EQUIPMENT LLC,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 1:21-cv-00499<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 7th day of May 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiffs Chester W. Cassell and Janice Cassell ("Plaintiffs")'s motion to remand (Doc. No. 3) is **GRANTED in part** and **DENIED in part**, as follows:

1. Plaintiffs' motion is **GRANTED** insofar as the Clerk of Court is directed to **REMAND** the above-captioned case to the Court of Common Pleas of Dauphin County, Pennsylvania, and to **CLOSE** the case; and

2. Plaintiffs' motion is **DENIED** as to the request for an award of costs and fees.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania